UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-14305-JEM/ BECERRA

TAMIKO N. PEELE AND TAMIKO N. PEELE,
INDIVIDUALLY ON BEHALF OF THEMSELVES,

    Plaintiffs,

v.

THE UNITED STATES DEPARTMENT OF JUSTICE,
THROUGH ITS UNITED STATES TRUSTEE PROGRAM,
REGION 21 AND ITS OFFICIALS THE CHAPTER 13
TRUSTEE, ROBIN R. WEINER, P.A., ERIK P. KIMBALL,
ROBIN R. WEINER, NANCY J. ARGULA, CLIFFORD J.
WHITE, III, DOES 1-3 INCLUSIVE, AND THE STUDENT
LOAN PROGRAM (SLP) IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY, ET AL

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the United States of America's Second Motion to Remove or Redact the Address of Bankruptcy Judge Erik P. Kimball from the Public Record. ECF No. [43]. Being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the United States of America's Second Motion to Remove or Redact the Address of Bankruptcy Judge Erik P. Kimball from the Public Record is **GRANTED**. The Clerk of the Court for the United States District Court for the Southern District of Florida shall remove or redact Judge Kimball's address from the copy of the return of service showing service upon Judge Kimball filed at ECF No. [25], page 34. The parties are directed to not include Judge Kimball's home address in any future filings in this case.

DONE AND ORDERED in Chambers at Miami, Florida the 8th day of September, 2022.

                                            _____
                                            JACQUELINE BECERRA
                                            UNITED STATES MAGISTRATE JUDGE