UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 22-14305-CIV-MARTINEZ

TAMIKO N. PEELE,

    Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF JUSTICE
THROUGH ITS UNITED STATES TRUSTEE PROGRAM,
REGION 21 AND ITS OFFICIALS, *et. al.*,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of September, 2022.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record