UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14305-CIV-CANNON/McCabe

**TAMIKO N. PEELE**,

    Plaintiff,

v.

**THE UNITED STATES DEPARTMENT OF JUSTICE**, **et al.**,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. In August 2022, Plaintiff Tamiko N. Peele filed a Complaint in the County Court in and for St. Lucie County, Florida, bringing a total of twenty-three counts against numerous Defendants, including various federal defendants who subsequently removed the action to this Court (United States Department of Justice through its Trustee Program, Bankruptcy Judge Erik P. Kimball, United States Social Security Administration, United States Postal Service, United States Department of Education) [ECF No. 1; ECF No. 1-3 pp. 33–91]. Each successive count in Plaintiff's Complaint, however, incorporates all preceding allegations [*see* ECF No. 1-3 pp. 58, 60, 62, 64, 66–68, 70–79, 81, 83–84]. Complaints that follow this approach constitute impermissible "shotgun pleadings," *see Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015), and the Court has an independent obligation to dismiss such pleadings and require repleader, *see Ain Jeem, Inc. v. Individuals, Partnerships, & Unincorporated Associations Identified on Schedule A*, No. 8:21-CV-1331-VMC-AEP, 2021 WL 2941735, at *1 (M.D. Fla. July 13, 2021) (citing cases).

CASE NO. 22-14305-CIV-CANNON/McCabe

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1-3 pp. 33–91] is **DISMISSED WITHOUT PREJUDICE**.

2. On or before **October 3, 2022**, Plaintiff may file a motion for leave to file amended complaint. Any such motion must be accompanied by a proposed amended complaint that is consistent with this Order. **In other words, the amended complaint must not contain any successive counts that incorporate all prior allegations. Moreover, each count must clearly identify the legal basis for liability against each Defendant and contain specific factual allegations to support the cause of action.**

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of September 2022.

                                                    **AILEEN M. CANNON**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

         Tamiko N. Peele
         4001 S.W. Melbourne Street
         Port St. Lucie, Florida 34953
         PRO SE