UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14305-CIV-CANNON/McCabe

**TAMIKO N. PEELE**,

    Plaintiff,

v.

**THE UNITED STATES DEPARTMENT OF JUSTICE**, **et al.**,

    Defendants.
_____/

## ORDER STRIKING RESPONSE

**THIS CAUSE** comes before the Court upon Plaintiff Tamiko N. Peele's Response to the Joint Motion to Dismiss [ECF No. 65], filed on September 20, 2022. In light of the Order Dismissing Complaint [ECF No. 63], which denied as moot the Joint Motion to Dismiss [ECF No. 32], Plaintiff's Response [ECF No. 65] is hereby **STRICKEN**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of September 2022.

                                                                           AILEEN M. CANNON
                                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record

        Tamiko N. Peele
        4001 SW Melbourne Street
        Port St. Lucie, Florida 34953
        PRO SE