UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14305-CIV-CANNON/McCabe

**TAMIKO N. PEELE**,

    Plaintiff,

v.

**THE UNITED STATES DEPARTMENT OF JUSTICE**, et al.,

    Defendants.
_____/

## ORDER ON MOTIONS

**THIS CAUSE** comes before the Court upon the following motions filed by Plaintiff: Motion to Reopen for Limited Purposes [ECF No. 86] and Motion for Recusal [ECF No. 87], both filed on December 5, 2022.  The Court has reviewed the Motions and the full record in this case.

Following that review, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Reopen for Limited Purposes [ECF No. 86] is **DENIED**.

2. Plaintiff's Motion for Recusal [ECF No. 87] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of December 2022.

                                                                                      **AILEEN M. CANNON**
                                                                             UNITED STATES DISTRICT JUDGE

cc:    counsel of record

        Tamiko N. Peele
        4001 S.W. Melbourne Street
        Port St. Lucie, Florida 34953
        PRO SE